```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:07-cr-00186-LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Motion to Correct Superseding |
| v. | ) | Information by Interlineation; |
| | ) | Order Thereon |
| WILLIAM KENNEDY STAFFORD, | ) | |
| Defendant. | ) | |

On September 21, 2007, the defendant pled guilty pursuant to a plea agreement to a Superseding Information which charges violations of 18 U.S.C. § 113(a)(4) and 36 C.F.R. § 2.32(a)(1).

The caption to the Superseding Information and the caption to Count One could cause some confusion, since it refers to 18 U.S.C. § 111(a)(4), instead of § 113(a)(4). In addition, the charging language in Count Two incorrectly refers to "United States Code."

Accordingly, the United States moves to amend the Superseding Information by interlineation as follows:

1. In the caption, line 11, delete "111(a)(4)" and insert "113(a)(4)";

2. On p.1, line 18, delete "111(a)(4)" and insert

Motion to Correct Superseding Information                         1

1 | "113(a)(4)".

2 |     3.  On p.2, line 13, delete "United States Code" and insert
3 | "Code of Federal Regulations".

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: October 2, 2007         By   /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney
```

## ORDER

IT IS SO ORDERED.

**Dated:   October 2, 2007**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Motion to Correct Superseding Information          2