PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **Docket Number: 1:07CR00186-01** |
| ) | |
| **William Kennedy STAFFORD** ) | |
| ) | |

On December 14, 2007, the above-named was placed on Probation for a period of two years. William Stafford has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:    February 13, 2009
            Modesto, California
            CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER
            Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   William Kennedy STAFFORD**
       **Docket Number:   1:07CR00186-01**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that William Kennedy Stafford be discharged from probation, and that the proceedings in the case be terminated.

 IT IS SO ORDERED.

**Dated:   February 13, 2009**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE